JOHN R. SHERK, Appellant, v LEHIGH CONSTRUCTION GROUP, INC., et al., Respondents. LEHIGH CONSTRUCTION GROUP, INC., Third-Party Plaintiff-Respondent, v LANCET-ARCH, INC., Third-Party Defendant-Respondent. [919 NYS2d 444]—█

All concur except Pine, J., who is not participating. Present—Scudder, P.J., Centra, Peradotto, Sconiers and Pine, JJ.